**A F F I D A V I T**

STATE OF WEST VIRGINIA

COUNTY OF CABELL, to-wit:

I, Zachary Yommer, being first duly sworn, do hereby depose and state as follows:

1. I make this affidavit in support of an application for a search warrant for the collection DNA from LAMARR ANTHONY WELCH (hereinafter "WELCH"), who is further described in Attachment A. I believe there is probable cause that evidence of the offenses of felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A) (hereinafter "SUBJECT OFFENSES") will be found if known samples of WELCH's DNA are obtained.

2. I am a Special Agent of the Federal Bureau of Investigation (hereinafter "FBI") and have been so employed since June 2025. I am currently assigned to the FBI office in Huntington, West Virginia. I completed five months of training at the FBI Academy in Quantico, Virginia, where I learned the skills necessary to conduct federal criminal investigations, including investigating crime scenes, interviewing witnesses and suspects, and writing reports and affidavits. I have experience investigating illegal drug activity, public corruption, as well as other violations of federal law. Prior to the FBI, I was employed

by the United States Army and the Department of Defense for nine years. As a Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).

3.  I have obtained the facts set forth in this Affidavit, from oral and written reports of other law enforcement officers, from records, documents and other evidence obtained during this investigation, and from other sources of information as referenced herein. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

**PROBABLE CAUSE**

4.  The FBI has been engaged in a criminal investigation into WELCH, who was previously convicted of armed robbery in Wayne County, Michigan (Case No. 12-008299-01-FC), JOSHUA MCCARVER (hereinafter known as "J. MCCARVER"), and others who were participating in a Drug Trafficking Organization involved in the commission of the SUBJECT OFFENSES and violations of 21 U.S.C. §§ 841(a)(1) and 846. During the investigation, investigators learned that WELCH and other individuals, both known and unknown to investigators at this time, obtained large quantities of methamphetamine and fentanyl from one or more sources, and distributed those drugs in and around the Huntington area within

2

the Southern District of West Virginia and the Detroit area within the Eastern District of Michigan.

5. During the investigation, I have learned that WELCH was utilizing numerous residences in the Huntington (including 149 ½ Baer Street, Huntington, West Virginia, 5400 Altizer Avenue Lot 7, Huntington, WV, and 2001 Madison Avenue, Huntington, WV) and a residence in Detroit (18822 Healy Street, Detroit, Michigan) to facilitate the distribution of controlled substances.

6. Since July of 2024, there have been numerous controlled purchases of methamphetamine and fentanyl, both Schedule II controlled substances, that were distributed by WELCH. All the controlled purchases were conducted by various Confidential Human Sources, (hereinafter "CHS"), all of whom have been assessed to be reliable and have provided corroborated information regarding drug trafficking in the Southern District of West Virginia.

7. On April 9, 2025, at approximately 1716 hours, members of the FBI Huntington TOC West Task Force conducted a controlled buy operation on WELCH, also known as "Joe", at 149 1/2 Baer Street, Huntington, West Virginia. Investigators met with a Confidential Human Source (CHS) where a search of the CHS was conducted with no contraband found and all applicable paperwork was completed. The CHS placed a recorded phone call to J. MCCARVER, also known as "TJ", utilizing telephone number 313-989-6081, but

the call went immediately to voice mail. The CHS then placed a recorded phone call to Darnell McCarver, also known as "WAP", utilizing telephone number 304-840-6971 to arrange the purchase. The purchase was for a quarter pound of methamphetamine for $700. The CHS was provided with $700 in pre-recorded buy money and outfitted with a recording device. The CHS was driven to the 100 block of Baer Street and dropped off. The CHS was observed approaching the residence. While inside the residence the CHS contacted investigators and advised "Joe" only had two ounces, but they were going to go to the "trailer" to get more. A short time later the CHS was observed exiting 149 1/2 Baer Street and returned to investigators. Once with investigators, the CHS turned over a knotted plastic bag containing approximately 57 grams of a crystal-like substance that later field tested positive for methamphetamine. The CHS was searched again with no contraband found and debriefed. During the debrief the CHS advised that the transaction occurred with "Joe", however "TJ" contacted "Joe" via FaceTime to see how much "slow" "Joe" had left. Additionally, "TJ" advised "Joe" that an Uber was coming to pick him up. The CHS returned $350 in leftover buy money. A review of the buy video confirmed the CHS's statement.

8.   On April 09, 2025, at approximately 1824 hours, the CHS contacted J. MCCARVER via text message, utilizing telephone number

313-989-6081, to arrange the purchase of the remaining two ounces of methamphetamine. J. MCCARVER acknowledge that it was okay to go back to Baer Street. A search of the CHS was conducted again with no contraband found. The CHS was given the remaining $350 in buy money and outfitted with a recording device. The CHS was driven to the 100 block of Baer Street and dropped off. The CHS was observed approaching and entering 149 1/2 Baer Street. A short time later the CHS was observed exiting 149 1/2 Baer Street and returned to investigators. Once with investigators the CHS turned over a plastic bag containing approximately 57 grams of a crystal-like substance that later field tested positive for methamphetamine. The CHS was searched again with no contraband found and debriefed. During the debrief the CHS advised that the transaction occurred with "Joe". A review of the buy video confirmed the CHS's statement.

9. On April 17, 2025, members of the FBI Huntington TOC West Task Force conducted a controlled buy operation on WELCH, also known as "Joe", facilitated by Geon Henderson, also known as "Money," at 149 1/2 Baer Street, Huntington, West Virginia. Investigators met with a Confidential Human Source (CHS) where a search of the CHS was conducted with no contraband found and all applicable paperwork was completed. The CHS placed a recorded phone call to Henderson utilizing telephone number 681-520-5332 to

5

arrange the transaction. The purchase was for two ounces of methamphetamine for $400. The CHS was given $400 in prerecorded buy money and outfitted with a recording device. The CHS was followed to the 100 block of Baer Street. The CHS was observed entering 149 1/2 Baer Street. A short time later the CHS was observed exiting 149 1/2 Baer Street and entering the CHS's vehicle where he/she was followed back to a predetermined meet location. Once with investigators, the CHS turned over a knotted plastic bag containing approximately 57 grams of crystal-like substance that later field tested positive for methamphetamine. The CHS was searched again with no contraband found and debriefed. During the debrief the CHS advised that the transaction occurred with a runner for "Money." A review of the buy video confirmed the CHS's statement. During the review of buy video, investigators were able to determine the transaction occurred with WELCH, also known to investigators as "Joe".

10. On August 11, 2025, members of the FBI Huntington TOC West Task Force conducted a controlled buy operation on William Johnson, also known as "BJ," who was acting as a runner for J. MCCARVER, at 5400 Altizer Avenue, Lot 7, Huntington, West Virginia. This residence is a trailer. Investigators met with a Confidential Human Source (CHS) and all applicable paperwork and a search of the CHS was completed with no contraband found. The

6

CHS placed a recorded phone call to J. MCCARVER utilizing telephone number (313)986-6081 to arrange the transaction and arranged the transaction. The purchase was for a quarter pound of methamphetamine for $650. The CHS was driven to the area of 5200 Altizer Avenue and dropped off. The CHS was observed walking East on Altizer Avenue and then turned North into the River Bend Trailer Park. The CHS was observed approaching and entering the trailer at 5400 Altizer Avenue Lot 7. A short time later, the CHS was observed exiting 5400 Altizer Avenue Lot 7. The CHS walked south on Altizer Avenue and returned to investigators. Once with investigators the CHS turned over approximately 109 grams of a substance that field tested positive for methamphetamine. A post operation search was conducted on the CHS with no contraband found. During the debrief the CHS provided the transaction occurred with "BJ" a runner for J. MCCARVER. A review of the buy video confirmed the CHS's statement.

11. On August 28, 2025, the Honorable United States Magistrate Judge Joseph K. Reeder signed a search warrant for the search of 5400 Altizer Avenue Lot 7, Huntington, West Virginia (Case No. 3:25-mj-00056).

12. On September 9, 2025, WELCH and others were indicted by a Federal Grand Jury in the Southern District of West Virginia for violations of 21 U.S.C. § 841(a)(1) -- the distribution of 50 grams

or more of methamphetamine and a quantity of fentanyl, and 21 U.S.C. § 846 - conspiracy to distribute methamphetamine and fentanyl (Criminal No. 3:25-cr-00154).

13. On September 10, 2025, investigators executed search warrants at 5400 Altizer Avenue Lot 7, Huntington, West Virginia, 2001 Madison Avenue, Huntington, West Virginia, and 149 ½ Baer Street, Huntington, West Virginia. Investigators seized a loaded .38 caliber Taurus Revolver, various ammunition, approximately nine (9) pounds of suspected methamphetamine, and approximately 330 grams of suspected fentanyl from 5400 Altizer Ave Lot 7, Huntington, West Virginia. The substances later field tested positive for methamphetamine and fentanyl.

14. During the execution of the search warrant at 5400 Altizer Avenue Lot 7, Huntington, West Virginia, WELCH was located inside the residence and arrested on the federal arrest warrant.

## CONCLUSION

15. I believe that there is probable cause that searching WELCH by obtaining buccal swabs from him will lead to additional evidence that he committed the SUBJECT OFFENSES. DNA samples obtained from WELCH can be compared to any DNA evidence recovered from the swabs of the firearm seized, as described in paragraph 13. Therefore, I request the issuance of a search warrant for obtaining a sample of WELCH's DNA through buccal swabbing.

16. Further your Affiant sayeth naught.

_____
ZACHARY YOMMER, SPECIAL AGENT
Federal Bureau of Investigation

SUBSCRIBED AND SWORN before me by telephonic means, this 2nd day of December 2025.

_____
HONORABLE JOSEPH K. REEDER
United States Magistrate Judge

9